Approved: _____
JIM LIGTENBERG
Assistant United States Attorney

Before:   THE HONORABLE LISA MARGARET SMITH
          United States Magistrate Judge
          Southern District of New York

- - - - - - - - - - - - - - - - - - x

19 mag 2219

UNITED STATES OF AMERICA          :     **SEALED COMPLAINT**

          - v. -                  :     Violations of
                                        18 U.S.C. § 922(g)(1)
JUSTIN PATTERSON,                 :     and 2

                Defendant.        :     COUNTY OF OFFENSE:
                                        WESTCHESTER

- - - - - - - - - - - - - - - - - - x

SOUTHERN DISTRICT OF NEW YORK, ss.:

          JOSEPH MCGANN, being duly sworn, deposes and says that
he is a Task Force Officer with the Federal Bureau of
Investigation ("FBI"), and charges as follows:

### COUNT ONE
**(Felon in Possession)**

          1.    On or about January 30, 2019, in the Southern
District of New York, JUSTIN PATTERSON, the defendant, after
having been convicted in a court of a crime punishable by
imprisonment for a term exceeding one year, knowingly did
possess in and affecting commerce a firearm, to wit, a black
Makarov pistol with serial number BE272863, which had previously
been shipped and transported in interstate and foreign commerce.

          (Title 18, United States Code, Sections 922(g)(1) and 2.)

          The bases for my knowledge and for the foregoing
charge are, in part, as follows:

          1.    I am a Task Force Officer with the FBI.  This
affidavit is based upon my personal participation in the
investigation of this matter, my conversations with other law
enforcement agents, and my examination of reports, records, and
witness statements.  Because this affidavit is being submitted

2

for the limited purpose of establishing probable cause, it does
not include all the facts that I have learned during the course
of my investigation.  Where the contents of documents and the
actions, statements, and conversations of others are reported
herein, they are reported in substance and in part, except where
otherwise indicated.

2.   Based on my involvement in this investigation, my
conversations with other law enforcement agents, and my
examination of reports, records, and witness statements, I have
learned, among other things, the following:

a.   On or about January 30, 2019, four
individuals ("Individual-1," "Individual-2," "Individual-3," and
"Individual-4") were riding in a motor vehicle in Cortlandt, New
York, when they noticed a dark-colored, two-door Chevrolet
Camaro turn around and start following them.  Individual-1, who
was driving the vehicle, drove to the parking lot of a
supermarket and stopped the car.  The Camaro then pulled up
behind the car, and JUSTIN PATTERSON, the defendant, and another
individual ("Individual-5") exited the Camaro.

b.   According to witness statements, PATTERSON,
who was wearing red sweatpants, approached Individual-1's car,
banged on the window, asked to speak with Individual-2, and
yelled "get the fuck out."  Individual-3 reported seeing
PATTERSON take a black handgun out of his left pants pocket and
then put it back in.  Individual-1 reported seeing the black
grip of a handgun sticking out of PATTERSON's right pants
pocket.  Individual-4 reported seeing a black handle sticking
out of PATTERSON's right pants pocket and noticing that
PATTERSON was holding the handle in the same way that someone
would hold a handgun.  After speaking with Individual-1,
PATTERSON returned to the Camaro and, along with Individual-5,
drove away.

c.   According to police reports, Individual-4
then called the police and described the suspect as a black male
wearing red sweatpants in a dark-colored Camaro.  Shortly after
the call, based on Individual-4's description, a Westchester
County Police Officer ("Officer-1") pulled over the dark-colored
Camaro with PATTERSON inside.  PATTERSON then fled on foot.  He
was ultimately apprehended in a wooded area and arrested.
Officer-1 conducted an inventory search of the dark-colored
Camaro.  Inside the glove compartment, Officer-1 found a black
Makarov pistol with serial number BE272863, which contained a
magazine with seven rounds of ammunition.

3

   3. Based on my review of a report by an agent of the Bureau of Alcohol, Tobacco, Firearms & Explosives who is familiar with the manufacturing of firearms, I know that the black Makarov pistol with serial number BE272863 was manufactured outside the State of New York.

   4. I have reviewed criminal history records pertaining to JUSTIN PATTERSON, the defendant, which show that PATTERSON was convicted on or about August 23, 2006, in Westchester County Court, of Assault in the Second Degree with Intent to Cause Physical Injury with a Deadly Weapon or Dangerous Instrument, in violation of New York Penal Law § 120.05, a felony, which is punishable by imprisonment of more than one year.

   WHEREFORE, I respectfully request that a warrant be issued for the arrest of JUSTIN PATTERSON, the defendant, and that he be arrested, and imprisoned or bailed, as the case may be.

          JOSEPH MCGANN
          Task Force Officer
          Federal Bureau of Investigation

Sworn to before me this
10th day of March, 2019

THE HONORABLE LISA MARGARET SMITH
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK